**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                               Case No. 8:09-cr-116-T-33EAJ

DAMON GERARD WILLIAMS

_____

**Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2)**
**Based on USSG Amend. 782**

This matter comes before the Court upon the filing of Defendant's

Motion for Sentence Reduction Based on Amendment 782. (Doc. # 190). The

United States Probation Office filed its Amendment 782 Memorandum on

October 17, 2016. (Doc. # 195). The October 17, 2016, Amendment 782

Memorandum indicates that Defendant is eligible for a sentence

reduction. (Id.). Specifically, the Amendment 782 Memorandum indicates

that Defendant is eligible for a 2-level reduction that results in an

offense level of 24, criminal history category of VI, with a guideline

range of 100 to 125 months as to Count I. (Id.). The Amendment 782

Memorandum further indicates that Defendant's sentence as to Count III

remains unchanged; thus, as to Count III, Defendant's sentence remains

60 months' imprisonment to be served consecutive to Count I.

The Court agrees that Defendant is eligible for a reduction and,

pursuant to its discretionary authority under 18 U.S.C. § 3582(c)(2)

and USSG § 1B1.10, grants a sentence reduction consistent with the

October 17, 2016, Amendment 782 Memorandum. Having reviewed the facts in both the original presentence investigation report and the October 17, 2016, Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a), the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), and the pending Motion, the Court finds that a reduction of 20 months as to Count I is warranted. If circumstances warrant, the Court may revisit this matter.

Thus:

(1)   The Court grants the Defendant's Motion for a sentence reduction (Doc. # 190).

(2)   The Court reduces the Defendant's prison term from 120 months to 100 months or time served, whichever is greater, as to Count I. Defendant's sentence as to Count III remains 60 months' imprisonment to be served consecutive to Count I.

(3)   Except as otherwise provided, all provisions of the Judgment dated January 10, 2012, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of October, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE